**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-00541-WJM-MJW

COCONA, INC., a Delaware corporation,

    Plaintiff,

v.

SHEEX, INC., a Delaware corporation,

    Defendant.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motion to Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on June 12, 2015, it is

    ORDERED that this action is dismissed for lack of subject matter jurisdiction. Each party shall pay its own attorney's fees and costs.

    Dated at Denver, Colorado this 12th day of June 2015.

                        BY THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By:  s/Deborah Hansen
                        Deborah Hansen, Deputy Clerk